IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DANNIE HERBERT HAYES**                                             **PLAINTIFF**

**V.**                                              **NO. 4:09CV058-P-A**

**LAWRENCE KELLY, et al.**                                     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED**.

**IT IS SO ORDERED.**

THIS the 2nd day of September, 2009.

                                                   /s/ W. Allen Pepper, Jr.
                                                   W. ALLEN PEPPER, JR.
                                                   UNITED STATES DISTRICT JUDGE